**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.   18-576-5** |
| | : | |
| **VONTEZ SCALES** | : | |

# <u>ORDER</u>

**AND NOW**, this 13th day of May 2020, consistent with our March 4, 2020 Order (ECF Doc. No. 316), upon extensive review of the Defendant's Motion for acquittal or a new trial (ECF Doc. No. 276) as supplemented by newly retained counsel with leave (ECF Doc. No. 362), the United States' Response (ECF Doc. No. 367), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion and supplemental motions (ECF Doc. Nos. 276, 362) are **DENIED**.

_____
**KEARNEY, J.**