IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      : CRIMINAL NO. 2:18CR00576-005


V.                  :


VONTEZ SCALES,            :

a/k/a "Tez"                :

     Defendant           :


## NOTICE OF APPEAL


Kindly take notice that Defendant Vontez Scales hereby appeals to the United States Court of Appeals for the Third Circuit from the final Amended Judgment in a Criminal Case entered on November 29, 2021.

Dated: November 30, 2021                 Respectfully submitted,


/s/Cheryl J. Sturm
Cheryl J. Sturm
Attorney at Law
387 Ring Road
Chadds Ford, PA 19317
484-771-2000
sturmcjlaw@gmail.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2021 she served a copy of the attached

Notice of Appeal by CM/ECF on the following interested persons:

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Christopher E. Parisi, AUSA
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

/s/Cheryl J. Sturm
Cheryl J. Sturm
Attorney at Law
