# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL ACTION |
| | : |
| v. | : NO. 18-576-5 |
| | : |
| **VONTEZ SCALES** | : |

# ORDER

AND NOW, this 28th day of March 2024, upon considering Defendant's Motion for habeas relief under 28 U.S.C. § 2255 and seeking a writ of *audita querela* under 28 U.S.C. § 1651 (ECF No. 493), the United States' Response (ECF No. 495), and for reasons in today's accompanying Memorandum, it is **ORDERED** we**:**

1. **DENY** Defendant's pro se Motion for habeas relief under 28 U.S.C. § 2255 and for writ of *audita querela* under 28 U.S.C. § 1651 (ECF No. 493);

2. **FIND** no basis for an evidentiary hearing;

3. **FIND** no basis for a certificate of appealability; and,

4. **DIRECT** the Clerk of Court **close** this case.

_____
**KEARNEY, J.**